UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 14 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANIBAL RODRIGUEZ; et al.,<br><br>Plaintiffs - Appellees,<br><br>JULIEANNA MUNIZ; et al.,<br><br>Plaintiffs,<br><br>GREGORY R. BRONNER,<br><br>Appellant,<br><br>v.<br><br>GOOGLE LLC, A Delaware company and ALPHABET INC., A Delaware corporation,<br><br>Defendants. | No. 26-6453<br><br>D.C. No.<br>3:20-cv-04688-RS<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The motion (Docket Entry No. 3) for an extension of time to order transcripts is granted. Any further transcripts must be ordered by October 20, 2026. The transcripts are due November 19, 2026.

The opening brief is now due December 29, 2026. The answering brief is due January 28, 2027. The optional reply brief is due 21 days after service of the answering brief.

A copy of this order shall be provided to the court reporter at the district court.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT